Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  DAVID BRADSHAW

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID BRADSHAW, | Case No.:  2:14-CV-420 EFB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff David Bradshaw ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to September 5, 2014; and that Defendant shall have until October 6, 2014, to file her opposition.  Any reply by plaintiff will be due October 13, 2014.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 23, 2014            Respectfully submitted,

                                 LAW OFFICES OF LAWRENCE D. ROHLFING

                                 /s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff DAVID BRADSHAW

DATED:  July 23, 2014          BENJAMIN WAGNER
United States Attorney

*/S/- Brenda M. Pulin

_____
Brenda M. Pulin
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including September 5, 2014, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to October 6, 2014 to file her opposition and cross-motion, if any is forthcoming.  Any reply by plaintiff will be due October 13, 2014.

IT IS SO ORDERED.

DATED:  July 28, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-