Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
DAVID BRADSHAW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRADSHAW, | Case No.: 2:14-cv-00420-EFB |
| Plaintiff, | STIPULATION FOR SECOND EXTENSION OF TIME |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff David Bradshaw ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to October 5, 2014; and that Defendant shall have until November 6, 2014, to file her opposition.  Any reply by plaintiff will be due November 13, 2014.

-1-

1  An extension of time for plaintiff is needed due to counsel's chronic
2  personal matter that requires attention.  Counsel sincerely apologizes to the court
3  for any inconvenience this may have had upon it or its staff.
4  .

5  DATE: September 28, 2014           Respectfully submitted,

6                                        LAWRENCE D. ROHLFING

7                                        /s/ *Steven G. Rosales*

8                    BY: _____
                         Steven G. Rosales
9                           Attorney for plaintiff Mr. David Bradshaw

10

11  DATE:  September 28, 2014     BENJAMIN WAGNER
                                    United States Attorney
12

13                                  /s/ *Ms. Brenda M. Pullin, Esq.*

14                    BY: _____
                         Ms. Brenda M. Pullin, Esq.
15                           Special Assistant United States Attorney
                         Attorneys for defendant Carolyn W. Colvin
16                           |*authorized by e-mail|

17       IT IS SO ORDERED.

18  DATED:  October 6, 2014.

19                                  EDMUND F. BRENNAN
20                                  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26